■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL MUSIALOWSKI, Appellant.— Judgment and the order entered following hearing as to voluntariness of statements made by defendant as ordered by this court, 25 A D 2d 482, unanimously affirmed. (Appeal from judgment of Erie County Court, convicting defendant of manslaughter, second degree. Resub-

894

mission to court after order of Erie County Court holding that confession was a voluntary confession beyond a reasonable doubt and was properly admitted into evidence.) Present — Bastow, J. P., Henry, Del Vecchio and Marsh, JJ.